UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
JENNY SANCHEZ, *et al.*,                          :
                                                  :
                              Plaintiffs,         :          1:26-cv-5319-GHW
                                                  :
              -against-                           :          ORDER
                                                  :
ATLANTIC UTILITY TRAILER SALES, INC.*,*           :
*et al.*,                                         :
                                                  :
                              Defendants.         :
                                                  :
---------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2026

GREGORY H. WOODS, District Judge:

Plaintiffs commenced this action in the Supreme Court of New York, County of Bronx, on January 19, 2026 against the above-captioned defendants. On June 24, 2026, Defendant Atlantic Utility Trailer Sales, Inc. ("Atlantic") removed the case to federal court pursuant to 28 U.S.C. § 1332, asserting that the parties are diverse and the amount in controversy is over $75,000. Dkt. No. 1. On June 26, 2026, the Court ordered Atlantic to show cause why this case should not be remanded for lack of subject matter jurisdiction and removal jurisdiction. Dkt. No. 4 In particular, the Court identified three issues relating to Defendant Quelix Transportation Management LLC, which the Court understands to be a limited liability corporation that was joined and served as a defendant when this case was pending in the Supreme Court of New York. *Id.* The Court set a deadline of June 30, 2026 for Atlantic to the respond to the Court's order. *Id.*

2

As of the date of this order, Atlantic has not responded to the Court's order to show cause. "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."  28 U.S.C. § 1447(c).  Accordingly, the Court orders the Clerk of Court to remand this case to New York State Supreme Court in Bronx County without delay.

SO ORDERED.

Dated:  July 1, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge